PEOPLE ex rel. HECHT v. COX, Town Clerk, et al.

(Supreme Court, Appellate Division, Second Department. October 26, 1915.)

Appeal from Special Term, Westchester County.
Petition for mandamus by Charles Hecht against George K. Cox, Town Clerk of the Town of White Plains, and others. From an order denying the writ, he appeals. Affirmed.
Argued before JENKS, P. J., and CARR, STAPLETON, MILLS, and PUT-NAM, JJ.

PER CURIAM. Order affirmed, with $10 costs and disbursements, on the authority of People ex rel. Haight v. Brown, 155 N. Y. Supp. 564, decided herewith.